# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JOSHUA ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:24-cv-00828-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>TWENTY-ONE DAY DEADLINE |

　　On July 18, 2024, Plaintiff Dylan Joshua Robinson ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration.  (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2).  However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

　　Plaintiff reports that he is currently employed, working for $18.00 per hour and receiving biweekly pay.  (Doc. 2 at 1.)  However, Plaintiff does not state the total amount of his take-home salary or wages per pay period.  The Court therefore requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.  Accordingly, the Court will

1

order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action shall be dismissed.

IT IS SO ORDERED.

Dated: **July 19, 2024**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE