MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: 510-970-4864
     Facsimile: (415) 744-0134
     E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DYLAN JOSHUA ROBINSON,

       Plaintiff,

     vs.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:24-cv-00828-KES-BAM

STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended thirty (30) days from May 9, 2025, up to and including June 9, 2025. This is the parties' second stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant. Moreover, counsel already has six other briefs due in approximately the next month, along with other litigation matters, and must take leave to care for a family member the week of May 5, 2025. Thus, Defendant requires

an extension in this case, and may require extensions in other cases, and requests this extension

in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.


Respectfully submitted,

Dated:  April 21, 2025          /s/  Jonathan Omar Pena*
                                JONATHAN OMAR PENA
                                Attorney for Plaintiff
                                *as authorized via e-mail on April 21, 2025


Dated: April 21, 2025          MICHELE BECKWITH
                                Acting United States Attorney

                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7
                                Social Security Administration

                          By:   /s/  Mary Tsai
                                MARY TSAI
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant


**ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant shall have an

extension, up to and including June 9, 2025, to respond to Plaintiff's motion for summary

judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.


IT IS SO ORDERED.

Dated:   **April 22, 2025**          /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE


Stip. for Ext.; 1:24-cv-00828-KES-BAM          2