MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (303) 844-6232
      E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JOSHUA ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:24-cv-00828-KES-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 9, 2025, up to and including July 9, 2025.  This is the Defendant's first request for an extension.

    Based on a review of the record, undersigned counsel requires additional time to explore settlement options.  Defendant apologizes to the Court for any inconvenience caused by this delay.  Undersigned counsel contacted Plaintiff's counsel on June 6, 2025, and he had no objection to this request.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 9, 2025 | /s/ Jonathan O. Peña*<br>(*as authorized via e-mail on June 6, 2025)<br>JONATHAN O. PEÑA<br>Attorney for Plaintiff |
| Dated: June 9, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
| By: | /s/ Noah Schabacker<br>NOAH SCHABACKER<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

Generally, requests for court-approved extensions brought on the required filing date are looked upon with disfavor. L.R. 144(d). However, pursuant to the parties' stipulation, and cause appearing, Defendant shall have an extension, up to and including July 9, 2025, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __June 10, 2025__          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE