MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (303) 844-6232
      E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JOSHUA ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:24-cv-00828-KES-BAM<br><br>STIPULATION AND ORDER TO EXPUNGE THE CERTIFIED ADMINISTRATIVE RECORD AND FILE A SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD |

    Pursuant to Fed. R. Civ. P. 5.2, the parties in the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1. Pages 464, 467, 481, 484, 485, 488, 492, 626, 627, 630, 632, 636, 642, 643, 646, 647, 669, 671, 672, 681, and 699 of the Certified Administrative Record filed with the Court on October 8, 2024 (ECF No. 10) contain confidential information pertaining to an individual other than Plaintiff, and were erroneously filed with the Court.

2. The parties and their counsel will promptly remove and destroy all copies of the aforementioned pages from the Certified Administrative record, electronic and printed copies, without disclosing their contents to anyone.

3. The parties are discussing possible settlement of this action, which will obviate any need to file a redacted copy of the record.  However, in the event that the discussions do not

1

resolve this matter, Defendant will file a Supplemental Certified Administrative Record, with appropriate redactions.

4. The previously filed electronic Certified Administrative Record should be stricken from the Court's record, including the document available via the Case Management and Electronic Case Filing (CM/ECF) system, and any printed copies of the aforementioned pages should be destroyed.

Respectfully submitted,

Dated: July 7, 2025

/s/ *Jonathan O. Peña\**
(*as authorized via e-mail on July 1, 2025)
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: July 7, 2025

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: /s/ *Noah Schabacker*
NOAH SCHABACKER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Based on the parties' Stipulation and Proposed Order to Expunge the Certified Administrative Record and File a Supplemental Certified Administrative Record (the Stipulation), Doc. 23, IT IS HEREBY ORDERED that:

1. The Stipulation, Doc. 23, is granted;
2. All hard copies and electronic copies of the erroneous pages identified in the Certified Administrative Record filed on October 8, 2024, Doc. 10, shall be promptly removed and destroyed by the parties and their counsel without disclosing their contents to anyone;
3. The Clerk of the Court is directed to strike the previously filed electronic Certified Administrative Record, including the document available via the CM/ECF system, Doc. 10, from the Court's record; and
4. If the parties are unable to reach a settlement to remand this case for further proceedings, Defendant shall file a Supplemental Certified Administrative Record to replace the record previously filed.

IT IS SO ORDERED.

Dated:   July 7, 2025

UNITED STATES DISTRICT JUDGE