1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  NOAH SCHABACKER, Maryland Bar
   Special Assistant United States Attorney
5      Office of the General Counsel
       Social Security Administration
6      6401 Security Boulevard
7      Baltimore, MD 21235
       Telephone: (303) 844-6232
8      Email: Noah.Schabacker@ssa.gov

9  Attorneys for Defendant

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14  DYLAN JOSHUA ROBINSON,       )   CIVIL NO. 1:24-cv-00828-KES-BAM
                                 )
15       Plaintiff,              )   **STIPULATION TO VOLUNTARY**
                                 )   **REMAND PURSUANT TO SENTENCE**
16       v.                      )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
                                 )   **ENTRY OF JUDGMENT; ORDER**
17  FRANK BISIGNANO,             )
    Commissioner of Social Security, )
18                               )
         Defendant.              )
19                               )

20

21       IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Frank

22  Bisignano, Commissioner of Social Security ("Commissioner"), through their undersigned

23  counsel of record, that the above-entitled action shall be remanded to the Commissioner for

24  further administrative proceedings.

25       On remand, the Commissioner will develop the record as necessary; reconsider all

26  relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision.  The

27  parties further request that the Court direct the Clerk of the Court to enter a final judgment in

28  favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  July 7, 2025                             */s/ Jonathan O. Peña\**
                                                   JONATHAN O. PEÑA
                                                   Attorney for Plaintiff
                                                   *Authorized via e-mail on July 1, 2025

                                                   MICHELE BECKWITH
                                                   Acting United States Attorney
                                                   MATHEW W. PILE
                                                   Associate General Counsel
                                                   Office of Program Litigation, Office 7
                                                   Social Security Administration

                                    By:     */s/ Noah Schabacker*
                                                 NOAH SCHABACKER
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), Doc. 24, and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). Plaintiff's motion for summary judgement, Doc. 16, is terminated as moot. The Clerk of the Court is directed to close this case and enter judgment in accordance with the parties' stipulation.

IT IS SO ORDERED.

Dated:   July 7, 2025

UNITED STATES DISTRICT JUDGE